1   Brent M. Giddens, State Bar No. 133652
    Kent J. Sprinkle, State Bar No. 226971
2   Kimberly M. Foster, State Bar No. 243216
    CAROTHERS DiSANTE & FREUDENBERGER LLP
3   601 Montgomery Street
    Suite 350
4   San Francisco, California 94111
    Telephone:  (415) 981-3233
5   Facsimile:  (415) 981-3246
    E-Mail:  bgiddens@cdflaborlaw.com
6            ksprinkle@cdflaborlaw.com
             kfoster@cdflaborlaw.com
7
    Attorneys for Defendant
8   SAFELITE FULFILLMENT, INC.

9   Robert A. Harris, Ohio Registration No. 0059549
    (pro hac vice application forthcoming)
10  VORYS, SATER, SEYMOUR & PEASE LLP
    52 East Gay Street
11  Columbus, OH 43215
    Telephone: (614) 464-6400
12  Facsimile: (614) 464-6350
    E-mail: raharris@vorys.com
13
    Attorneys for Defendant
14  SAFELITE FULFILLMENT, INC.

15  Gregory N. Karasik, State Bar No. 115834      Alexander I. Dychter, State Bar No. 234526
    KARASIK LAW FIRM                              DYCHTER LAW OFFICES, APC
16  11835 W. Olympic Blvd., Suite 1275            625 Broadway, Suite 600
    Los Angeles, CA  90064                        San Diego, CA  92101
17  Telephone: (310) 312-6800                     Telephone: (619) 487-0777
    Facsimile: (310) 943-2582                     Facsimile: (619) 330-1827
18  Email: greg@karasiklawfirm.com                Email: alex@dychterlaw.com

19  Attorneys for Plaintiff DEMETRIOT K. LEWIS    Attorneys for Plaintiff DEMETRIOT K. LEWIS

20
                    UNITED STATES DISTRICT COURT
21
                   NORTHERN DISTRICT OF CALIFORNIA
22

23  DEMETRIOT K. LEWIS, individually and on  )   Case No. CV-11-5512 JSC
    behalf of others similarly situated,     )
                                             )   STIPULATION AND [PROPOSED]
24                  Plaintiff,               )   ORDER TO EXTEND TIME TO
            vs.                              )   RESPOND TO COMPLAINT
25                                           )
    SAFELITE FULFILLMENT, INC.; and DOES 1   )   Action Filed:   November 14, 2011
26  through 10,                              )
                                             )
27                  Defendant.               )
                                             )
28

                                      Case No.  CV-11-5512 JSC
                           STIPULATION AND [PROPOSED] ORDER
                                  RE: RESPONSIVE PLEADING

450087.1

1    IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff

2 DEMETRIOT K. LEWIS ("Plaintiff") and Defendant SAFELITE FULFILLMENT, INC.

3 ("Defendant") (collectively, the "Parties"), through their respective counsel of record, that pursuant

4 to USDC Local Civil Rule, Rule 6-1, Defendant shall have a 45 day extension of time in which to

5 file a responsive pleading to Plaintiff's Complaint for FLSA Collective Action and Rule 23 Class

6 Action.  Accordingly, Defendant's responsive pleading will now be due January 20, 2012.  In

7 exchange for the extension of time, Defendant has agreed to toll the running of the FLSA statute

8 limitations period for the period of time in which Defendant has to file its responsive pleading.

9    In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document

10 hereby attests that the concurrence to the filing of this document has been obtained from the other

11 signatory hereto.

12

13 Dated:  December 6, 2011          CAROTHERS DiSANTE & FREUDENBERGER LLP

14

15                                  By:  /S/ - Kent J. Sprinkle _____
                                              Kent J. Sprinkle
16                                  Attorneys for Defendant SAFELITE FULLMENT, INC.

17 Dated:  December 6, 2011          KARASIK LAW FIRM

18

19                                  By:  /S/ - Gregory N. Karasik _____
                                              Gregory N. Karasik
20                                  Attorneys for Plaintiff DEMETRIOT K. LEWIS

21 **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

    Pursuant to USDC Local Civil Rule, Rule 6-1, Defendant shall have a 45 day extension of

22 time in which to file a responsive pleading to Plaintiff's Complaint for FLSA Collective Action and

23 Rule 23 Class Action.  The FLSA statute limitations period is hereby tolled for the period of time

24 in which Defendant has to file its responsive pleading.

25

26

27 Dated:  December 6, 2011          _____
                                    Hon. Jacqueline S. Corley
28                                  Magistrate Judge, United States District Court
                                    Northern District of California

                                    _____
                              1     Case No.  CV-11-5512 JSC
                                    STIPULATION AND [PROPOSED] ORDER
                                    RE: RESPONSIVE PLEADING