| | |
|---|---|
| 1 | Brent M. Giddens, State Bar No. 133652 |
| | Kent J. Sprinkle, State Bar No. 226971 |
| 2 | Kimberly M. Foster, State Bar No. 243216 |
| | CAROTHERS DiSANTE & FREUDENBERGER LLP |
| 3 | 601 Montgomery Street |
| | Suite 350 |
| 4 | San Francisco, California 94111 |
| | Telephone:  (415) 981-3233 |
| 5 | Facsimile:  (415) 981-3246 |
| | E-Mail:  bgiddens@cdflaborlaw.com |
| 6 | ksprinkle@cdflaborlaw.com |
| | kfoster@cdflaborlaw.com |
| 7 | |
| | Attorneys for Defendant |
| 8 | SAFELITE FULFILLMENT, INC. |
| 9 | Robert A. Harris, Ohio Registration No. 0059549 |
| | (pro hac vice application forthcoming) |
| 10 | VORYS, SATER, SEYMOUR & PEASE LLP |
| | 52 East Gay Street |
| 11 | Columbus, OH 43215 |
| | Telephone: (614) 464-6400 |
| 12 | Facsimile: (614) 464-6350 |
| | E-mail: raharris@vorys.com |
| 13 | |
| | Attorneys for Defendant |
| 14 | SAFELITE FULFILLMENT, INC. |

| | | |
|---|---|---|
| 15 | Gregory N. Karasik, State Bar No. 115834 | Alexander I. Dychter, State Bar No. 234526 |
| | KARASIK LAW FIRM | DYCHTER LAW OFFICES, APC |
| 16 | 11835 W. Olympic Blvd., Suite 1275 | 625 Broadway, Suite 600 |
| | Los Angeles, CA  90064 | San Diego, CA  92101 |
| 17 | Telephone: (310) 312-6800 | Telephone: (619) 487-0777 |
| | Facsimile: (310) 943-2582 | Facsimile: (619) 330-1827 |
| 18 | Email: greg@karasiklawfirm.com | Email: alex@dychterlaw.com |
| 19 | Attorneys for Plaintiff DEMETRIOT K. LEWIS | Attorneys for Plaintiff DEMETRIOT K. LEWIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 23 | DEMETRIOT K. LEWIS, individually and on behalf of others similarly situated, | ) ) ) | Case No. CV-11-5512 JSC |
| 24 | Plaintiff, | ) ) ) | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 25 | vs. | ) ) | |
| 26 | SAFELITE FULFILLMENT, INC.; and DOES 1 through 10, | ) ) ) | Action Filed:   November 14, 2011 |
| 27 | Defendant. | ) ) | |
| 28 | _____ | ) | |

Case No.  CV-11-5512 JSC
STIPULATION AND [~~PROPOSED~~] ORDER
RE: RESPONSIVE PLEADING

450087.1

1  IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff DEMETRIOT K. LEWIS ("Plaintiff") and Defendant SAFELITE FULFILLMENT, INC. ("Defendant") (collectively, the "Parties"), through their respective counsel of record, that pursuant to USDC Local Civil Rule, Rule 6-1, Defendant shall have a 45 day extension of time in which to file a responsive pleading to Plaintiff's Complaint for FLSA Collective Action and Rule 23 Class Action.  Accordingly, Defendant's responsive pleading will now be due January 20, 2012.  In exchange for the extension of time, Defendant has agreed to toll the running of the FLSA statute limitations period for the period of time in which Defendant has to file its responsive pleading.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated:  December 6, 2011         CAROTHERS DiSANTE & FREUDENBERGER LLP


By:  /S/ - Kent J. Sprinkle
         Kent J. Sprinkle
Attorneys for Defendant SAFELITE FULLMENT, INC.

Dated:  December 6, 2011         KARASIK LAW FIRM


By:  /S/ - Gregory N. Karasik
         Gregory N. Karasik
Attorneys for Plaintiff DEMETRIOT K. LEWIS

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Pursuant to USDC Local Civil Rule, Rule 6-1, Defendant shall have a 45 day extension of time in which to file a responsive pleading to Plaintiff's Complaint for FLSA Collective Action and Rule 23 Class Action.  The FLSA statute limitations period is hereby tolled for the period of time in which Defendant has to file its responsive pleading.

Dated:  December 6 , 2011         _Jacqueline S. Corley_
                                  Hon. Jacqueline S. Corley
                                  Magistrate Judge, United States District Court
                                  Northern District of California