1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13
14

| | |
|---|---|
| DEMETRIOT K. LEWIS, on behalf of himself and others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>SAFELITE FULFILLMENT, INC.; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. CV11 - 5512<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND TO TOLL FLSA STATUTE OF LIMITATIONS**<br><br>[Complaint Filed: November 14, 2011] |

15
16
17
18
19
20
21

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff DEMETRIOT K. LEWIS ("Plaintiff") and Defendant SAFELITE FULFILLMENT, INC. ("Defendant") (collectively, the "Parties"), through their respective counsel of record, that the Initial Case Management Conference in the above-captioned matter is rescheduled to be held on Friday March 23, 2012 at 8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

22
23
24
25

The Parties further stipulate that the FLSA statute of limitations period is tolled for the period of February 16, 2012 until the date upon which the parties hold their Rule 26(f) conference.

26
27
28

2

CASE NO. CV11-5512
STIPULATION AND [PROPOSED] ORDER
TO RESCHEDULED INITIAL CASE MANAGEMENTCONFERENCE
AND TO TOLL FLSA STATUTE OF LIMITATIONS

1  In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document
2  hereby attests that the concurrence to the filing of this document has been obtained from the other
3  signatory hereto.

4  Dated: February 28, 2012       CAROTHERS DiSANTE & FREUDENBERGER LLP

6                                  By: /S/ Kent J. Sprinkle_____
7                                       Kent J. Sprinkle

8                                  Attorneys for Defendant SAFELITE FULLMENT, INC.

10 Dated: February 28, 2012       KARASIK LAW FIRM

12                                 By: /S/ Gregory N. Karasik_____
13                                      Gregory N. Karasik

14                                 Attorneys for Plaintiff DEMETRIOT K. LEWIS

15     GOOD CAUSE APPEARING, IT IS SO ORDERED.

16     The Initial Case Management Conference in the above-captioned matter is rescheduled to
17 be held on Friday March 23, 2012 at 8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate
18 Avenue, San Francisco, California.

19     Pursuant to the agreement of the parties, the FLSA statute limitations period is hereby tolled
20 for the period of February 16, 2012 until the date upon which the parties hold their Rule 26(f)
21 conference.

22 Dated: _____February 28_, 2012
23                                 _____
                                   Hon. Charles R. Breyer
24                                 United States...

**IT IS SO ORDERED**
Judge Charles R. Breyer

3

CASE NO. CV11-5512
STIPULATION AND [PROPOSED] ORDER
TO RESCHEDULED INITIAL CASE MANAGEMENT CONFERENCE
AND TO TOLL FLSA STATUTE OF LIMITATIONS

2/27/2012 13309479