IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOT K. LEWIS,<br><br>     Plaintiff,<br><br>  v.<br><br>SAFELITE FULFILLMENT INC.,<br><br>     Defendant. | No. C 11-05512 CRB<br><br>**ORDER DENYING STAY** |

Defendant Safelite Fulfillment Inc. has moved to stay this matter pending resolution of the appeal of Perez v. Safelite Group Inc., No. 10-8653 (C.D. Cal.).

As stated during the hearing on this Motion on May 4, 2012, after careful consideration of all the papers submitted and the arguments presented by the parties, the Court has determined that the resolution of Perez will not be particularly helpful in this case. Neither has Safelite clearly established that a denial of the Motion would be prejudicial.

Accordingly, the Court DENIES the Motion to Stay.

**IT IS SO ORDERED.**

Dated: May 4, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE