Gregory N. Karasik (SBN 115834)
**Karasik Law Firm**
11835 W. Olympic Blvd., Ste. 1275
Los Angeles, California 90064
Tel: (310) 312-6800
Fax: (310) 943-2582
greg@karasiklawfirm.com

Attorneys for Plaintiff
DEMETRIOT K. LEWIS

[additional counsel listed on next page]

Brent M. Giddens, State Bar No. 133652
Kent J. Sprinkle, State Bar No. 226971
Kimberly M. Foster, State Bar No. 243216
**CAROTHERS DISANTE & FREUDENBERGER LLP**
601 Montgomery Street, Suite 350
San Francisco, California 94111
Telephone: (415) 981-3233
Facsimile: (415) 981-3246
E-Mail: bgiddens@cdflaborlaw.com
        ksprinkle@cdflaborlaw.com
        kfoster@cdflaborlaw.com

Attorneys for Defendant
SAFELITE FULFILLMENT, INC.

[additional counsel listed on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOT K. LEWIS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFELITE FULFILLMENT INC.; and DOES 1 through 10.<br><br>Defendants. | Case No. CV-11-5512-CRB<br><br>**STIPULATION RE VACATING CLASS CERTIFICATION MOTION HEARING DATE IN LIGHT OF PENDING MOTION FOR SETTLEMENT APPROVAL AND ORDER THEREON** |

Additional Counsel

Alexander I. Dychter (SBN 234526)
alex@dychterlaw.com
**Dychter Law Offices, APC**
1010 Second Ave., Suite 1835
San Diego, California 92101
Tel: (619) 487-0777
Fax: (619) 330-1827

Attorneys for Plaintiff
DEMETRIOT K. LEWIS

Andrew C. Smith Ohio Registration No. 0008136
Robert A. Harris, Ohio Registration No. 0059549
Daniel J. Clark, Ohio Registration No. 0075125
**VORYS, SATER, SEYMOUR & PEASE LLP**
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
E-mail: acsmith@vorys.com
        raharris@vorys.com
        djclark@vorys.com

*Admitted Pro Hac Vice*

Attorneys for Defendant
SAFELITE FULFILLMENT, INC.

Plaintiff Demetriot K. Lewis ("Plaintiff"), and defendant Safelite Fulfillment, Inc. ("Defendant"), by and through their counsel of record, hereby enter into the following Stipulation re Extension of Motion Cutoff Date and mutually request the Court to enter an order in accordance therewith.

**STIPULATION**

1. Plaintiff initiated this action on November 14, 2011. In his complaint, Plaintiff asserts claims against Defendant for unpaid overtime wages under the Fair Labor Standards Act, which Plaintiff seeks to pursue as a collective action under 29 U.S.C. Section 216, and various wage and hour claims against Defendant under California law, which Plaintiff seeks to pursue as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

2. At a case management conference on July 20, 2012, the Court set the following

motion hearing cutoff dates:

    Motion to Certify Rule 23 Class and Dispositive Motions      April 30, 2013

    Motion for Decertification if an FLSA Class is Conditionally Certified      June 30, 2013

    3.      By order of the Court dated February 22, 2013, the case management schedule was modified and a hearing for Plaintiff's anticipated motion for class certification was scheduled for July 2, 2013.

    4.      At a mediation on April 4, 2013, the parties reached agreement on the material terms of a class action settlement. After formal settlement documents were finalized, Plaintiff filed a motion for preliminary approval of the settlement on June 7, 2013. The motion for preliminary approval is scheduled for hearing on July 12, 2013.

    5.      In light of the foregoing, the parties mutually request that the hearing on July 2, 2013 scheduled by the Court for Plaintiff's previously expected motion for class certification, which will no longer be filed, be vacated.

Dated: June 13, 2013      KARASIK LAW FIRM
                                      DYCHTER LAW OFFICES, APC

                                      By    /Gregory N. Karasik_____
                                                 Gregory N. Karasik
                                                 Attorneys for Plaintiff
                                                 DEMETRIOT K. LEWIS

Dated: June 13, 2013      CAROTHERS, DiSANTE & FREUDENBERGER LLP

                                        By:    / Kent J. Sprinkle_____
                                                 Kent J. Sprinkle
                                                 Attorneys for Defendant
                                                 SAFELITE FULFILLMENT, INC.

**ORDER**

Good cause having been shown, it is hereby ordered that the hearing on July 2, 2013 scheduled for Plaintiff's previously expected motion for class certification be vacated.

DATED: June 17, 2013      _____
                                    Hon. Charles R. Breyer
                                    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Charles R. Breyer; stamp: "IT IS SO ORDERED" with signature]*