1  Gregory N. Karasik (SBN 115834)
   **Karasik Law Firm**
2  11835 W. Olympic Blvd., Ste. 1275
   Los Angeles, California 90064
3  Tel: (310) 312-6800
   Fax: (310) 943-2582
4  greg@karasiklawfirm.com

5  Attorneys for Plaintiff
   DEMETRIOT K. LEWIS

6  [additional counsel listed on next page]

7  Brent M. Giddens, State Bar No. 133652
   Kent J. Sprinkle, State Bar No. 226971
8  Kimberly M. Foster, State Bar No. 243216
   **CAROTHERS DISANTE & FREUDENBERGER**
9  **LLP**
   601 Montgomery Street, Suite 350
10 San Francisco, California 94111
   Telephone: (415) 981-3233
11 Facsimile: (415) 981-3246
   E-Mail: bgiddens@cdflaborlaw.com
12         ksprinkle@cdflaborlaw.com
           kfoster@cdflaborlaw.com
13

14 Attorneys for Defendant
   SAFELITE FULFILLMENT, INC.

15 [additional counsel listed on next page]

16

17                       UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| DEMETRIOT K. LEWIS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFELITE FULFILLMENT INC.; and DOES 1 through 10.<br><br>Defendants. | Case No. CV-11-5512-CRB<br><br>**STIPULATION RE VACATING CLASS CERTIFICATION MOTION HEARING DATE IN LIGHT OF PENDING MOTION FOR SETTLEMENT APPROVAL AND ORDER THEREON** |

1  Additional Counsel

2  Alexander I. Dychter (SBN 234526)
   alex@dychterlaw.com
3  **Dychter Law Offices, APC**
   1010 Second Ave., Suite 1835
4  San Diego, California 92101
   Tel: (619) 487-0777
5  Fax: (619) 330-1827

6  Attorneys for Plaintiff
   DEMETRIOT K. LEWIS
7

8  Andrew C. Smith Ohio Registration No. 0008136
   Robert A. Harris, Ohio Registration No. 0059549
9  Daniel J. Clark, Ohio Registration No. 0075125
   **VORYS, SATER, SEYMOUR & PEASE LLP**
10 52 East Gay Street
   Columbus, OH 43215
11 Telephone: (614) 464-6400
   Facsimile: (614) 464-6350
12 E-mail: acsmith@vorys.com
            raharris@vorys.com
13          djclark@vorys.com

14 *Admitted Pro Hac Vice*

15 Attorneys for Defendant
   SAFELITE FULFILLMENT, INC.
16

17

18      Plaintiff Demetriot K. Lewis ("Plaintiff"), and defendant Safelite Fulfillment, Inc.
19 ("Defendant"), by and through their counsel of record, hereby enter into the following
20 Stipulation re Extension of Motion Cutoff Date and mutually request the Court to enter an
21 order in accordance therewith.

22                              **STIPULATION**

23      1.   Plaintiff initiated this action on November 14, 2011. In his complaint, Plaintiff
24 asserts claims against Defendant for unpaid overtime wages under the Fair Labor Standards
25 Act, which Plaintiff seeks to pursue as a collective action under 29 U.S.C. Section 216, and
26 various wage and hour claims against Defendant under California law, which Plaintiff seeks
27 to pursue as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

28      2.   At a case management conference on July 20, 2012, the Court set the following

motion hearing cutoff dates:

  Motion to Certify Rule 23 Class and Dispositive Motions    April 30, 2013

  Motion for Decertification if an FLSA Class is Conditionally Certified  June 30, 2013

  3. By order of the Court dated February 22, 2013, the case management schedule was modified and a hearing for Plaintiff's anticipated motion for class certification was scheduled for July 2, 2013.

  4. At a mediation on April 4, 2013, the parties reached agreement on the material terms of a class action settlement. After formal settlement documents were finalized, Plaintiff filed a motion for preliminary approval of the settlement on June 7, 2013. The motion for preliminary approval is scheduled for hearing on July 12, 2013.

  5. In light of the foregoing, the parties mutually request that the hearing on July 2, 2013 scheduled by the Court for Plaintiff's previously expected motion for class certification, which will no longer be filed, be vacated.

Dated: June 13, 2013       KARASIK LAW FIRM
                DYCHTER LAW OFFICES, APC

                By /Gregory N. Karasik_____
                  Gregory N. Karasik
                  Attorneys for Plaintiff
                  DEMETRIOT K. LEWIS

Dated: June 13, 2013       CAROTHERS, DiSANTE & FREUDENBERGER LLP

                By: / Kent J. Sprinkle_____
                  Kent J. Sprinkle
                  Attorneys for Defendant
                  SAFELITE FULFILLMENT, INC.

**ORDER**

  Good cause having been shown, it is hereby ordered that the hearing on July 2, 2013 scheduled for Plaintiff's previously expected motion for class certification be vacated.

DATED: June 17, 2013       _____
                Hon. Charles R. Breyer
                United States District Judge

*IT IS SO ORDERED*