Gregory N. Karasik (SBN 115834)
**Karasik Law Firm**
11835 W. Olympic Blvd., Ste. 1275
Los Angeles, California 90064
Tel:  (310) 312-6800
Fax: (310) 943-2582
greg@karasiklawfirm.com

Attorneys for Plaintiff
DEMETRIOT K. LEWIS

[additional counsel listed on next page]

Brent M. Giddens, State Bar No. 133652
Kent J. Sprinkle, State Bar No. 226971
Kimberly M. Foster, State Bar No. 243216
**CAROTHERS DiSANTE & FREUDENBERGER LLP**
601 Montgomery Street, Suite 350
San Francisco, California 94111
Telephone: (415) 981-3233
Facsimile: (415) 981-3246
E-Mail: bgiddens@cdflaborlaw.com
           ksprinkle@cdflaborlaw.com
           kfoster@cdflaborlaw.com

Attorneys for Defendant
SAFELITE FULFILLMENT, INC.

[additional counsel listed on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOT K. LEWIS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFELITE FULFILLMENT INC.; and DOES 1 through 10.<br><br>Defendants. | Case No. CV-11-5512-CRB<br><br>**STIPULATION RE MODIFICATION OF CLAIMS ADMINISTRATION DEADLINES AND DATE OF FINAL APPROVAL HEARING AND ORDER THEREON** |

Additional Counsel

Alexander I. Dychter (SBN 234526)
alex@dychterlaw.com
**Dychter Law Offices, APC**
1010 Second Ave., Suite 1835
San Diego, California 92101
Tel: (619) 487-0777
Fax: (619) 330-1827

Attorneys for Plaintiff
DEMETRIOT K. LEWIS

Andrew C. Smith Ohio Registration No. 0008136
Robert A. Harris, Ohio Registration No. 0059549
Daniel J. Clark, Ohio Registration No. 0075125
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
E-mail: acsmith@vorys.com
  raharris@vorys.com
  djclark@vorys.com

*Admitted Pro Hac Vice*

Attorneys for Defendant
SAFELITE FULFILLMENT, INC.

Plaintiff Demetriot K. Lewis ("Plaintiff"), and defendant Safelite Fulfillment, Inc. ("Defendant"), by and through their counsel of record, hereby enter into the following Stipulation re Modification of Claims Administration Deadlines and Date of Final Approval Hearing. The parties respectfully request the Court enter an order in accordance herewith.

**STIPULATION**

1. Plaintiff initiated this action on November 14, 2011. Thereafter, the parties entered into a class action settlement agreement after arms-length negotiations. On June 7, 2013, Plaintiff filed his Motion for Preliminary Approval of Class Action Settlement.

2. On July 23, 2013, the Court held the preliminary approval hearing on the parties' class action settlement. At the hearing, the Court conditionally approved the Motion for Preliminary Approval of Class Action Settlement. Dkt. #48. In doing so, the Court

1

extended the notice period for class members to submit their claims forms from 60 to 90 days and directed the parties to submit a date for the final approval hearing.

3. The extension of the notice period requires a corresponding extension of other deadlines in the claims administration process to which the parties had previously agreed.

4. For the foregoing reasons, the parties request that the Court modify the claims administration deadlines pursuant to the class action settlement agreement as follows:

| | |
|---|---|
| Deadline for mailing notices to class members: | August 16, 2013 |
| Deadline for class members to submit claims forms to the claims administrator: | November 14, 2013 |
| Deadline for claims administrator to provide final claims information to the parties: | November 18, 2013 |
| Deadline for Defendant to revoke the settlement: | November 22, 2013 |
| Deadline for filing motion for final approval of class action settlement: | November 29, 2013 |
| Final approval hearing: | December 13, 2013 |

Respectfully submitted,

Dated:  July 29, 2013         KARASIK LAW FIRM
                              DYCHTER LAW OFFICES, APC

                              By    /s/   Gregory N. Karasik
                                    Gregory N. Karasik
                                    Attorneys for Plaintiff
                                    DEMETRIOT K. LEWIS


Dated:  July 29, 2013         CAROTHERS, DiSANTE & FREUDENBERGER LLP

                              By:   /s/   Kent J. Sprinkle
                                    Kent J. Sprinkle
                                    Attorneys for Defendant
                                    SAFELITE FULFILLMENT, INC.

2

STIPULATION RE MODIFICATION OF CLAIMS ADMINISTRATION DEADLINES AND DATE OF FINAL APPROVAL HEARING

**ORDER**

Good cause having been shown, and pursuant to the Stipulation of the parties, it is hereby ordered that the claims administration deadlines previously agreed to by the parties in their class action settlement agreement are modified and the date for the final fairness and approval hearing is set as follows:

| | |
|---|---|
| Deadline for mailing notices to class members: | August 16, 2013 |
| Deadline for class members to submit claims forms to the claims administrator: | November 14, 2013 |
| Deadline for claims administrator to provide final claims information to the parties: | November 18, 2013 |
| Deadline for Defendant to revoke the settlement: | November 22, 2013 |
| Deadline for filing motion for final approval of class action settlement: | November 29, 2013 |
| Final approval hearing: | December 13, 2013 |

IT IS SO ORDERED.

DATED: July 30, 2013



Hon. C___
United___
North___

_____
IT IS SO ORDERED
Judge Charles R. Breyer

3